Michele R. Stafford, Esq. (SBN 172509)
Muriel B. Kaplan, Esq. (SBN 124607)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
mkaplan@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRICKLAYERS LOCAL NO. 3 PENSION TRUST, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ATLAS MARBLE & GRANITE, et al.,<br><br>Defendants. | Case No.: CV13-4702 CW<br><br>**PLAINTIFFS' REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; ORDER THEREON**<br><br>Date:         April 2, 2014<br>Time:        2:00 p.m.<br>Location:   1301 Clay Street, Oakland CA<br>Courtroom: 2, 4th Floor<br>Judge:       Honorable Claudia Wilken |

Plaintiffs herein respectfully submit their request that the initial Case Management Conference, currently on calendar for April 2, 2014, be continued for approximately 60 – 90 days. Good cause exists for the granting of the continuance, as follows:

1.   As the Court's records will reflect, this action was filed on October 9, 2013. All Defendants executed Waivers of Service of Summons, which were filed with the Court on December 6, 2013 (Dkt. #9-11).

2.   Defendants have not filed or served an answer to the Complaint.  A Motion for Entry of Default is being filed concurrently with this request.

3.   Defendants have requested a payment plan for all amounts due to the Trust Funds. A Judgment Pursuant to Stipulation providing for a monthly payment plan is being prepared and will be provided to Defendants for review and signature.

4.   Accordingly, Plaintiffs respectfully request that the Case Management Conference,

-1-
**PLAINTIFFS' REQUEST TO CONTINUE CMC; [PROPOSED] ORDER THEREON**
**Case No.:  C13-4702 CW**

C:\Users\rileyn\AppData\Local\Temp\notes95EC0B\Request to Continue CMC 032614.doc

1 currently scheduled for April 2, 2014, be continued for 60 - 90 days to allow time for the
2 Judgment Pursuant to Stipulation to be executed and filed with the Court.

3      5.    There are no issues that need to be addressed by the parties at the currently
4 scheduled initial Case Management Conference. In the interest of conserving costs as well as the
5 Court's time and resources, Plaintiffs respectfully request that the Court continue the currently
6 scheduled Case Management Conference.

7      I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above
8 entitled action, and that the foregoing is true of my own knowledge.

9      Executed this 26th day of March 2014, at San Francisco, California.

10                                  SALTZMAN & JOHNSON
                                     LAW CORPORATION
11

12                     By:         /S/
                        Michele R. Stafford
13                         Attorneys for Plaintiffs

IT IS SO ORDERED.
14
15      The currently set initial Case Management Conference is hereby continued to June 11,
16 2014 at 2:00 p.m., and all previously set deadlines and dates related to this case are continued
17 accordingly.

Date: 3/31/2014
18                            HONORABLE CLAUDIA WILKEN
19                            UNITED STATES DISTRICT COURT JUDGE

20
21
22
23
24
25
26
27
28

PROOF OF SERVICE

I, the undersigned, declare:

1. I am a citizen of the United States and am employed in the County of San Francisco, State of California. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

2. I am over the age of eighteen and not a party to this action.

3. On **March 26, 2014**, I served the following document(s):

**PLAINTIFFS' REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**

on the interested parties in said action by enclosing a true and exact copy of each document in a sealed envelope and placing the envelope for collection and First Class mailing following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

4. The envelopes were addressed and mailed as follows:

David Hernandez
Atlas Marble and Granite
27643 Industrial Blvd.
Hayward CA, 94545

Peter Godinez
27643 Industrial Blvd.
Hayward CA, 94545

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on **March 26, 2014**, at San Francisco, California.

/S/
Michelle Valentine
Paralegal

-1-
PROOF OF SERVICE
Case No.: C13-4702 CW

C:\Users\rileyn\AppData\Local\Temp\notes95EC0B\Request to Continue CMC 032614.doc