IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRICKLAYERS LOCAL NO. 3 PENSION TRUST and its Board of Trustees; JEFF BARBER and DAVID JACKSON, as Trustees; BRICKLAYERS LOCAL NO. 7 PENSION TRUST and its Board of Trustees; ROBERT FILIPPI and DAVID JACKSON, as Trustees; BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL NO. 16 PENSION TRUST FUND and its Board of Trustees; ANTONIO GENNARO AND ANTHONY ROSSI, Trustees; BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL NO. 3 HEALTH AND WELFARE TRUST and its Board of Trustees; ROBERT FILIPPI and DAVID JACKSON, Trustees; BRICKLAYERS AND ALLIED CRAFTS LOCAL NO. 3 APPRENTICE TRAINING TRUST and its Board of Trustees; WAYNE MIKA and DAVID JACKSON, Trustees; INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS PENSION FUND and its Board of Trustees; JAMES BOLAND and EUGENE GEORGE, Trustees; and INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTSMEN, ALF-CIO, LOCAL UNION NO. 3,<br><br>       Plaintiffs,<br><br>  v.<br><br>ATLAS MARBLE AND GRANITE, a California partnership; PETER GODINEZ, an individual, and as General Partner of Defendant Atlas Marble & Granite; and DAVID HERNANDEZ, an individual and as Qualifying Partner of Defendant of Defendant Atlas Marble & Granite,<br><br>       Defendants.<br>_____/ | No. C 13-04702 CW<br><br>ORDER RE DEFAULT |

Default having been entered by the Clerk on March 27, 2014,

IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment within 30 days from the date of this order, and upon filing of motion for default judgment, said motion will be referred to a Magistrate Judge, pursuant to Civ. L.R. 72-1, to be heard and considered at the convenience of his/her calendar. The Magistrate Judge shall prepare findings and recommendation on the motion.

IT IS FURTHER ORDERED that the Case Management Conference previously set for June 11, 2014 is continued to August 13, 2014.

Dated:  4/4/2014

CLAUDIA WILKEN
United States District Judge

2